UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Tarsio,

                                        Plaintiff(s),                                **O R D E R**

                    -against –

                                                                                    7:24-CV-01220 (CS)

Town of New Windsor et al,

                                        Defendant(s).
-------------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within thirty days of the date of this order,

Plaintiff may apply by letter within the thirty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.


      **SO ORDERED**.

Dated: November 20, 2024

      White Plains, New York


_____

CATHY SEIBEL, U.S.D.J.